## U.S. District Court [LIVE]
## Western District of Texas (Waco)
## CIVIL DOCKET FOR CASE #: 6:20−cv−00803−ADA

Express Mobile, Inc. v. Facebook Inc.  
Assigned to: Judge Alan D Albright  
Related Cases:  6:20−cv−00802−ADA  
                 6:20−cv−00806−ADA  
                 6:20−cv−00805−ADA  
Cause: 35:271 Patent Infringement

Date Filed: 09/01/2020  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

**Plaintiff**

**Express Mobile, Inc.**      represented by    **Charles L. Ainsworth**  
Parker, Bunt & Ainsworth, P.C.  
100 East Ferguson, Suite 418  
Tyler, TX 75702  
(903) 531−3535  
Email: charley@pbatyler.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Jerry D. Tice , II**  
Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP  
577 Airport Boulevard  
Suite 250  
Burlingame, CA 94010  
6508254300  
Fax: 6504607443  
Email: jtice@feinday.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Ryan Dooley**  
Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP  
577 Airport Blvd., Suite 250  
Burlingame, CA 94010  
(650) 825−4300  
Fax: (650) 460−8443  
Email: rdooley@feinday.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Scott W. Hejny**  
McKool Smith, P.C.  
300 Crescent Court, Suite 1500  
Dallas, TX 75201  
214−978−4241  
Fax: 214−978−4044  
Email: shejny@mckoolsmith.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sven Raz**
Law Office of Sven Raz
577 Airport Blvd., Suite 250
Burlingame, CA 94010
(650) 825–4300
Fax: (650) 460–8443
Email: sraz@feinday.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David Alberti**
Feinberg Day Kramer Alberti Lim Tonkovich & Belloli
577 Airport Blvd., Suite 250
Burlingame, CA 94010
(650) 825–4300
Fax: (650) 460–8443
Email: dalberti@feinday.com
*ATTORNEY TO BE NOTICED*

**Marc Belloli**
Feinberg Day Kramer Alberti Lim Tonkovich & Belloli
577 Airport Blvd., Suite 250
Burlingame, CA 94010
(650) 825–4300
Fax: (650) 460–8443
Email: mbelloli@feinday.com
*ATTORNEY TO BE NOTICED*

**Margaret Elizabeth Day**
Feinberg Day Kramer Alberti Lim Tonkovich & Belloli
577 Airport Blvd., Suite 250
Burlingame, CA 94010
(650) 825–4300
Fax: (650) 460–8443
Email: eday@feinday.com
*ATTORNEY TO BE NOTICED*

**Robert F. Kramer**
Feinberg Day Kramer Alberti Lim Tonkovich & Belloli LLP
577 Airport Blvd, Suite 250
Burlingame, CA 94010
650–825–4300
Fax: 650–460–8443
Email: rkramer@feinday.com
*ATTORNEY TO BE NOTICED*

**Russell S. Tonkovich**

        Feinberg Day Kramer Alberti LimTonkovich & Belloli
557 Airport Blvd, Suite 250
Burlingame, CA 94010
(650) 825–4300
Fax: (650) 460–8443
Email: rtonkovich@feinday.com
*ATTORNEY TO BE NOTICED*

**Sal Lim**
Feinberg Day Kramer Alberti Lim Tonkovich & Belloli
577 Airport Blvd., Suite 250
Burlingame, CA 94010
(650) 825–4300
Fax: (650) 460–8443
Email: slim@feinday.com
*ATTORNEY TO BE NOTICED*

**Robert Christopher Bunt**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 418
Tyler, TX 75702
903/531–3535
Fax: 903/533–9687
Email: rcbunt@pbatyler.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Facebook Inc.**         represented by    **Elizabeth L. Stameshkin**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304–1130
(650) 843–5000
Fax: (650) 849–7400
Email: lstameshkin@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Heidi L. Keefe**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843–5000
Fax: 650–849–7400
Email: hkeefe@cooley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Phillip E. Morton**

Cooley LLP
1299 Pennsylvania Ave., NW, Suite 700
Washington, DC 20004
202–842–7800
Fax: 703/456–8100
Email: pmorton@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705–1117
Fax: 903/581–2543
Email: ddacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/01/2020 | Ï 1 | COMPLAINT *for Patent Infringement* ( Filing fee $ 400 receipt number 0542–13918790). No Summons requested at this time, filed by Express Mobile, Inc.. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H)(Bunt, Robert) (Attachment 1 replaced on 9/1/2020) (am). (Main Document 1 replaced on 9/1/2020) (am). (Entered: 09/01/2020) |
| 09/01/2020 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Bunt, Robert) (Main Document 2 replaced on 9/1/2020) (am). (Entered: 09/01/2020) |
| 09/01/2020 | Ï 3 | RULE 7 DISCLOSURE STATEMENT filed by Express Mobile, Inc.. (Bunt, Robert) (Entered: 09/01/2020) |
| 09/01/2020 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by Express Mobile, Inc.. (Bunt, Robert) (Main Document 4 replaced on 9/1/2020) (am). (Entered: 09/01/2020) |
| 09/01/2020 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (am) (Entered: 09/01/2020) |
| 09/01/2020 | Ï 5 | Summons Issued as to Facebook Inc.. (am) (Entered: 09/01/2020) |
| 09/01/2020 | Ï 6 | Pro Hac Vice Letter to Robert F. Kramer,M. Elizabeth Day, David Alberti, Sal Lim, Russell Tonkovich, Marc Belloli for Express Mobile, Inc.. (am) (Entered: 09/01/2020) |
| 09/01/2020 | Ï 7 | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of Robert F. Kramer* ( Filing fee $ 100 receipt number 0542–13923070) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 09/01/2020) |
| 09/01/2020 | Ï 8 | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of Margaret Elizabeth Day* ( Filing fee $ 100 receipt number 0542–13923072) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 09/01/2020) |
| 09/01/2020 | Ï 9 | |

| | | |
|---|---|---|
| | | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of Sal Lim* ( Filing fee $ 100 receipt number 0542−13923073) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 09/01/2020) |
| 09/01/2020 | ï 10 | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of Marc Belloli* ( Filing fee $ 100 receipt number 0542−13923074) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 09/01/2020) |
| 09/01/2020 | ï 11 | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of David Alberti* ( Filing fee $ 100 receipt number 0542−13923077) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 09/01/2020) |
| 09/03/2020 | ï 12 | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of Russell S.Tonkovich* ( Filing fee $ 100 receipt number 0542−13928535) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 09/03/2020) |
| 09/03/2020 | ï | Text Order GRANTING 7 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/03/2020) |
| 09/03/2020 | ï | Text Order GRANTING 8 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/03/2020) |
| 09/03/2020 | ï | Text Order GRANTING 9 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/03/2020) |
| 09/03/2020 | ï | Text Order GRANTING 10 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register |

| | | |
|---|---|---|
| | | for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/03/2020) |
| 09/03/2020 | Ï | Text Order GRANTING 11 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/03/2020) |
| 09/03/2020 | Ï | Text Order GRANTING 12 Motion to Appear Pro Hac Vice. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (jy) (Entered: 09/03/2020) |
| 09/08/2020 | Ï 13 | SUMMONS Returned Executed by Express Mobile, Inc.. Facebook Inc. served on 9/2/2020, answer due 9/23/2020. (Bunt, Robert) (Entered: 09/08/2020) |
| 09/17/2020 | Ï 14 | Unopposed MOTION for Extension of Time to File Answer by Facebook Inc.. (Attachments: # 1 Proposed Order)(Keefe, Heidi) (Entered: 09/17/2020) |
| 09/17/2020 | Ï 15 | RULE 7 DISCLOSURE STATEMENT filed by Facebook Inc.. (Keefe, Heidi) (Entered: 09/17/2020) |
| 09/18/2020 | Ï | Text Order GRANTING 14 Motion for Extension of Time to Answer entered by Judge Alan D Albright. Came on for consideration is Defendant's Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including October 26, 2020 to answer or otherwise respond to Plaintiff's Complaint(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 09/18/2020) |
| 09/18/2020 | Ï | Reset Deadlines: Facebook Inc. answer due 10/26/2020. (am) (Entered: 09/18/2020) |
| 09/22/2020 | Ï 16 | Standing Order Regarding Notice of Readiness in Patent Cases (Entered: 10/05/2020) |
| 10/26/2020 | Ï 17 | *Defendant Facebook, Inc.'s* ANSWER to 1 Complaint, with Jury Demand by Facebook Inc..(Keefe, Heidi) (Entered: 10/26/2020) |
| 11/06/2020 | Ï 18 | NOTICE *of JOINT CASE READINESS STATUS REPORT* by Express Mobile, Inc. re 16 Order (Bunt, Robert) (Entered: 11/06/2020) |
| 12/07/2020 | Ï 19 | NOTICE of Attorney Appearance by Deron R Dacus on behalf of Facebook Inc.. Attorney Deron R Dacus added to party Facebook Inc.(pty:dft) (Dacus, Deron) (Entered: 12/07/2020) |
| 12/22/2020 | Ï 20 | MOTION to Appear Pro Hac Vice by Heidi L. Keefe *on behalf of Phillip E. Morton* ( Filing fee $ 100 receipt number 0542−14313142) by on behalf of Facebook Inc.. (Attachments: # 1 Proposed Order)(Keefe, Heidi) (Entered: 12/22/2020) |

| | | |
|---|---|---|
| 12/27/2020 | Ï 21 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Exhibit 1 – Defendant's Motion to Transfer Venue, # 3 Exhibit 2 – Wong Declaration) (Keefe, Heidi) (Entered: 12/27/2020) |
| 12/27/2020 | Ï 22 | ATTACHMENT *Declaration of Phillip E. Morton and Exhibits in Support of Defendant's Motion to Transfer Venue* to 21 Unopposed Motion for leave to File Sealed Document by Facebook Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Proposed Order)(Keefe, Heidi) (Entered: 12/27/2020) |
| 12/27/2020 | Ï 23 | Opposed MOTION to Stay *Pending Resolution of Motion to Transfer Venue* by Facebook Inc.. (Attachments: # 1 Affidavit Phillip E. Morton, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Proposed Order)(Keefe, Heidi) (Entered: 12/27/2020) |
| 12/29/2020 | Ï | Text Order GRANTING 20 Motion to Appear Pro Hac Vice for Attorney Phillip E. Morton for Facebook Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 12/29/2020) |
| 01/04/2021 | Ï 24 | Unopposed MOTION for Extension of Time to File Response/Reply as to 23 Opposed MOTION to Stay *Pending Resolution of Motion to Transfer Venue and to file Opposition to Motion to Transfer Venue* by Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 01/04/2021) |
| 01/05/2021 | Ï | Text Order GRANTING 21 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 01/05/2021) |
| 01/05/2021 | Ï | Text Order GRANTING 24 Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. Came on for consideration is Plaintiffs Motion. Noting that it is unopposed, the Court GRANTS the Motion. Plaintiff shall have up to and including January 26, 2021 to respond to Defendant Facebooks Motion to Stay Pending Resolution of Motion to Transfer Venue and Motion to Transfer Venue.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 01/05/2021) |
| 01/05/2021 | Ï 25 | Sealed Motion filed: Defendant's Motion to Transfer Venue (Attachments: # 1 Wong Declaration) (lad) Modified on 4/7/2021 to reopen motion (bw). (Entered: 01/05/2021) |
| 01/26/2021 | Ï 26 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order regarding Motion for Leave to Seal, # 2 Sealed Document Opposition to Motion to Stay, # 3 Proposed Order regarding Motion to Stay) (Bunt, Robert) (Entered: 01/26/2021) |
| 01/26/2021 | Ï 27 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Sealed Document Opposition to Motion to Transfer Venue) (Bunt, Robert) (Entered: 01/26/2021) |
| 01/28/2021 | Ï 28 | Unopposed MOTION for Extension of Time to File Response/Reply *A REPLY TO ITS MOTION TO STAY PENDING RESOLUTION OF MOTION TO TRANSFER VENUE AND TO FILE A REPLY TO ITS MOTION TO TRANSFER VENUE* by Facebook Inc.. (Attachments: # 1 Proposed Order)(Keefe, Heidi) (Entered: 01/28/2021) |

| | | |
|---|---|---|
| 02/01/2021 | Ï 29 | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of Ryan Dooley* ( Filing fee $ 100 receipt number 0542−14434577) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 02/01/2021) |
| 02/01/2021 | Ï | Text Order GRANTING 28 Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. Came on for consideration is Defendants Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including February 16, 2021 to reply.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/01/2021) |
| 02/01/2021 | Ï | Text Order GRANTING 27 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. If it has not already done so, Plaintiff is ordered to file a redacted version of the sealed civil document within 7 days after the filing of the original sealed document. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/01/2021) |
| 02/01/2021 | Ï | Text Order GRANTING 26 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. If it has not already done so, Plaintiff is ordered to file a redacted version of the sealed civil document within 7 days after the filing of the original sealed document. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/01/2021) |
| 02/01/2021 | Ï 30 | PLAINTIFF EXPRESS MOBILE, INC.S SEALED RESPONSE IN OPPOSITION TO DEFENDANTS MOTION TO STAY PENDING RESOLUTION OF MOTION TO TRANSFER VENUE (Attachments: # 1 Proposed Order) (am) (Entered: 02/01/2021) |
| 02/01/2021 | Ï 31 | PLAINTIFF EXPRESS MOBILE, INC.SSEALED OPPOSITION TO MOTION TO TRANSFER VENUE (am) (Entered: 02/01/2021) |
| 02/01/2021 | Ï 32 | ATTACHMENT *(Declaration of Marc Belloli)* to 31 Sealed Document by Express Mobile, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Proposed Order)(Bunt, Robert) (Entered: 02/01/2021) |
| 02/02/2021 | Ï 33 | Response in Opposition to Motion, filed by Express Mobile, Inc., re 25 Sealed Motion filed filed by Defendant Facebook Inc. *REDACTED VERSION 31 32* (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 02/02/2021) |
| 02/02/2021 | Ï 34 | Response in Opposition to Motion, filed by Express Mobile, Inc., re 23 Opposed MOTION to Stay *Pending Resolution of Motion to Transfer Venue* filed by Defendant Facebook Inc. *REDACTED VERSION 30* (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 02/02/2021) |
| 02/02/2021 | Ï | Text Order GRANTING 29 Motion to Appear Pro Hac Vice for Attorney Ryan Dooley for Express Mobile, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of |

| | | |
|---|---|---|
| | | this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 02/02/2021) |
| 02/08/2021 | Ï 35 | NOTICE *of Compliance* by Express Mobile, Inc. (Bunt, Robert) (Entered: 02/08/2021) |
| 02/12/2021 | Ï 36 | Unopposed MOTION for Extension of Time to File Response/Reply *REPLY TO ITS MOTION TO STAY PENDING RESOLUTION OF MOTION TO TRANSFER VENUE AND TO FILE A REPLY TO ITS MOTION TO TRANSFER VENUE* by Facebook Inc.. (Attachments: # 1 Proposed Order)(Keefe, Heidi) (Entered: 02/12/2021) |
| 02/12/2021 | Ï 42 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/24/2021) |
| 02/19/2021 | Ï 37 | Unopposed Motion for leave to File Sealed Document (Attachments: # 1 Proposed Order, # 2 Sealed Document Ex. 1 − Defendant's Reply in Support of Its Motion to Transfer Venue, # 3 Sealed Document Ex. 2 − Supplemental Declaration of Nicholas Wong) (Keefe, Heidi) (Entered: 02/19/2021) |
| 02/19/2021 | Ï 38 | ATTACHMENT *Declaration of Phillip E. Morton and Exhibits in Support of Defendant's Reply to Motion to Transfer Venue* to 37 Unopposed Motion for leave to File Sealed Document by Facebook Inc.. (Attachments: # 1 Exhibit Q, # 2 Exhibit R, # 3 Exhibit S, # 4 Exhibit T, # 5 Exhibit U, # 6 Exhibit V, # 7 Exhibit W, # 8 Exhibit X, # 9 Exhibit Y, # 10 Exhibit Z, # 11 Exhibit AA, # 12 Exhibit BB, # 13 Exhibit CC)(Keefe, Heidi) (Entered: 02/19/2021) |
| 02/19/2021 | Ï 39 | REPLY to Response to Motion, filed by Facebook Inc., re 23 Opposed MOTION to Stay *Pending Resolution of Motion to Transfer Venue* filed by Defendant Facebook Inc. (Keefe, Heidi) (Entered: 02/19/2021) |
| 02/22/2021 | Ï 40 | DEFICIENCY NOTICE: re 37 Unopposed Motion for leave to File Sealed Document. Waco Patent cases are no longer required to file motions for leave to file sealed documents! Pleaserefile the sealed motion/exhibits/proposed order without the motion for leave using the event "Sealed Motion − Waco Patent Cases only." (lad) (Entered: 02/22/2021) |
| 02/22/2021 | Ï 41 | Sealed Document: CORRECTED DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA by Facebook Inc. (Attachments: # 1 Sealed Document Supplemental Declaration of Nicholas Wong) (Keefe, Heidi) (Entered: 02/22/2021) |
| 02/23/2021 | Ï | Text Order GRANTING 36 Motion for Extension of Time to File Response/Reply entered by Judge Alan D Albright. Came on for consideration is Defendants Motion. Noting that it is unopposed, the Court GRANTS the Motion. Defendant shall have up to and including February 19, 2021 to reply. (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 02/23/2021) |
| 02/25/2021 | Ï 43 | MOTION to Appear Pro Hac Vice by Heidi L. Keefe *on Behalf of Elizabeth L. Stameshkin* ( Filing fee $ 100 receipt number 0542−14526004) by on behalf of Facebook Inc.. (Attachments: # 1 Proposed Order)(Keefe, Heidi) (Entered: 02/25/2021) |
| 02/26/2021 | Ï | Text Order GRANTING 43 Motion to Appear Pro Hac Vice for Attorney Elizabeth L. Stameshkin for Facebook Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There |

| | | |
|---|---|---|
| | | is no document associated with this entry.) (mm6) (Entered: 02/26/2021) |
| 02/26/2021 | 44 | REPLY to Response to Motion, filed by Facebook Inc., re 25 Sealed Motion filed filed by Defendant Facebook Inc. *[REDACTED VERSION]* (Keefe, Heidi) (Entered: 02/26/2021) |
| 02/26/2021 | 45 | Joint MOTION *for Entry of Agreed Scheduling Order* by Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) Modified on 4/7/2021 (lad). (Entered: 02/26/2021) |
| 04/06/2021 | | Text Order GRANTING 37 Motion for Leave to File Sealed Document entered by Judge Alan D Albright. The Motion is GRANTED, and the Clerk 's Office is directed to file the attached documents under seal. If it has not already done so, Facebook is ordered to file a redacted version of the sealed civil document within 7 days after the filing of the original sealed document.(This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 04/06/2021) |
| 04/06/2021 | 46 | SCHEDULING ORDER: Jury Selection set for 9/12/2022 09:00AM before Judge Alan D Albright, Jury Trial set for 9/12/2022 09:00 AM before Judge Alan D Albright, Markman Hearing set for 8/3/2021 09:30 AM before Judge Alan D Albright, Amended Pleadings due by 11/23/2021, Discovery due by 8/4/2021, Joinder of Parties due by 9/14/2021, Motions due by 6/21/2022,. Signed by Judge Alan D Albright. (mg2) (Entered: 04/06/2021) |
| 04/06/2021 | 47 | Sealed Document filed: Defendant's Reply in Support of Its Motion to Transfer Venue (Attachments: # 1 Supplemental Declaration of Nicholas Wong) (bw) (Entered: 04/06/2021) |
| 04/07/2021 | 48 | ORDER re Order on Sealed Motion. The Court hereby withdraws its text order granting 25 Sealed Motion entered on April 6, 2021. Signed by Judge Alan D Albright. (bw) (Entered: 04/07/2021) |
| 04/08/2021 | 49 | Opposed Sealed Motion TO STRIKE NEW EVIDENCE INTRODUCED BY DEFENDANT FACEBOOK, INC. FOR THE FIRST TIME IN REPLY (DKT. 41) by Express Mobile, Inc. (Attachments: # 1 Exhibit A) (Bunt, Robert) (Entered: 04/08/2021) |
| 04/08/2021 | 50 | REDACTED VERSION OF 49 Opposed Sealed Motion TO STRIKE NEW EVIDENCE INTRODUCED BY DEFENDANT FACEBOOK, INC. FOR THE FIRST TIME IN REPLY (DKT. 41) by Express Mobile, Inc. (Attachments: # 1 Affidavit Declaration Kramer, # 2 Exhibit A to Declaration, # 3 Exhibit B to Declaration, # 4 Exhibit C to Declaration, # 5 Proposed Order)(Bunt, Robert) (Entered: 04/08/2021) |
| 04/09/2021 | 51 | MOTION to Appear Pro Hac Vice by Robert Christopher Bunt *on behalf of Sven Raz* ( Filing fee $ 100 receipt number 0542−14678398) by on behalf of Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Bunt, Robert) (Entered: 04/09/2021) |
| 04/15/2021 | 52 | Sealed Document: Defendant Facebook's Inc.'s Opposition to Motion to Strike of 49 Opposed Sealed Motion TO STRIKE NEW EVIDENCE INTRODUCED BY DEFENDANT FACEBOOK, INC. FOR THE FIRST TIME IN REPLY (DKT. 41) by Express Mobile, Inc. by Facebook Inc. (Keefe, Heidi) (Entered: 04/15/2021) |
| 04/21/2021 | 53 | Redacted Public Version *Defendant Facebook's Inc.'s Opposition to Motion to Strike of 49 Opposed Sealed Motion TO STRIKE NEW EVIDENCE INTRODUCED BY DEFENDANT FACEBOOK, INC. FOR THE FIRST TIME IN REPLY (DKT. 41)* of 52 Sealed Document, by Facebook Inc.. (Keefe, Heidi) (Entered: 04/21/2021) |
| 04/22/2021 | | Text Order GRANTING 51 Motion to Appear Pro Hac Vice for Attorney Sven Raz for Express Mobile, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to |

| | | |
|---|---|---|
| | | our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 04/22/2021) |
| 04/22/2021 | Ï 54 | REPLY to Response to Motion, filed by Express Mobile, Inc., re 49 Opposed Sealed Motion TO STRIKE NEW EVIDENCE INTRODUCED BY DEFENDANT FACEBOOK, INC. FOR THE FIRST TIME IN REPLY (DKT. 41) by Express Mobile, Inc. filed by Plaintiff Express Mobile, Inc. (Bunt, Robert) (Entered: 04/22/2021) |
| 05/14/2021 | Ï 55 | STATUS REPORT *Outlining Agreements and/or Disputes Relating to Markman Briefing* by Express Mobile, Inc.. (Kramer, Robert) (Entered: 05/14/2021) |
| 05/25/2021 | Ï 56 | Joint MOTION for Protective Order by Express Mobile, Inc.. (Attachments: # 1 Exhibit A − [Proposed] Protective Order)(Kramer, Robert) (Entered: 05/25/2021) |
| 06/01/2021 | Ï 57 | BRIEF by Express Mobile, Inc.. (Attachments: # 1 Affidavit Robert F. Kramer, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 6A, # 9 Exhibit 6B, # 10 Exhibit 6C, # 11 Exhibit 6D, # 12 Exhibit 6E, # 13 Exhibit 6F, # 14 Exhibit 6G, # 15 Exhibit 6H, # 16 Exhibit 6I, # 17 Exhibit 6J, # 18 Exhibit 6K, # 19 Exhibit 6L, # 20 Exhibit 6M, # 21 Exhibit 6N, # 22 Exhibit 6O, # 23 Exhibit 6P, # 24 Exhibit 6Q, # 25 Exhibit 6R, # 26 Exhibit 6S, # 27 Exhibit 6T, # 28 Exhibit 6U, # 29 Exhibit 6V, # 30 Exhibit 6W, # 31 Exhibit 6X, # 32 Exhibit 7, # 33 Exhibit 8, # 34 Exhibit 9, # 35 Exhibit 10, # 36 Exhibit 11, # 37 Exhibit 12, # 38 Exhibit 13)(Kramer, Robert) (Entered: 06/01/2021) |
| 06/08/2021 | Ï 58 | Unopposed MOTION *Regarding Production of Patent License and Settlement Agreements* by Express Mobile, Inc.. (Attachments: # 1 Proposed Order)(Kramer, Robert) (Entered: 06/08/2021) |
| 06/16/2021 | Ï 59 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 06/22/2021 | Ï 60 | STATUS REPORT *Defendants' Joint Status Report Regarding Pending Motions* by Facebook Inc.. (Keefe, Heidi) (Entered: 06/22/2021) |
| 06/22/2021 | Ï 61 | BRIEF regarding 57 Brief,,, by Facebook Inc.. (Attachments: # 1 Affidavit Chris Schmandt, # 2 Affidavit Phillip E. Morton, # 3 Exhibit A, Part 1, # 4 Exhibit A, Part 2, # 5 Exhibit B, Part 1, # 6 Exhibit B, Part 2, # 7 Exhibit C, # 8 Exhibit D, # 9 Exhibit E, # 10 Exhibit F, # 11 Exhibit G, # 12 Exhibit H, # 13 Exhibit I, # 14 Exhibit J, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P, # 21 Exhibit Q, # 22 Exhibit R, Part 1, # 23 Exhibit R, Part 2, # 24 Exhibit S, # 25 Exhibit T, # 26 Exhibit U)(Keefe, Heidi) (Entered: 06/22/2021) |
| 06/22/2021 | Ï 62 | AFFIDAVIT in Support of 61 Brief,, of Adam R. Brausa in Support of Defendants' Responsive Claim Construction Brief by Facebook Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23)(Keefe, Heidi) (Entered: 06/22/2021) |
| 06/30/2021 | Ï 63 | Unopposed MOTION to Extend Scheduling Order Deadlines by Express Mobile, Inc.. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Kramer, Robert) (Entered: 06/30/2021) |
| 07/08/2021 | Ï 64 | BRIEF by Express Mobile, Inc.. (Attachments: # 1 Affidavit Robert F. Kramer, # 2 Exhibit 1, # 3 Exhibit 1A, # 4 Exhibit 1B, # 5 Exhibit 1C, # 6 Exhibit 1D, # 7 Exhibit 1E, # 8 Exhibit 1F, # 9 Exhibit 1G, # 10 Exhibit 1H, # 11 Exhibit 1I, # 12 Exhibit 1J, # 13 Exhibit 1K, # 14 Exhibit 1M, # 15 Exhibit 1N, # 16 Exhibit 1O, # 17 Exhibit 1P, # 18 Exhibit 1Q, # 19 Exhibit 1R, # 20 Exhibit 1S, # 21 Exhibit 1T, # 22 Exhibit 1U)(Kramer, Robert) (Entered: 07/08/2021) |

| | | |
|---|---|---|
| 07/09/2021 | Ï 65 | NOTICE of Attorney Appearance by Jerry D. Tice, II on behalf of Express Mobile, Inc.. Attorney Jerry D. Tice, II added to party Express Mobile, Inc.(pty:pla) (Tice, Jerry) (Main Document 65 replaced on 7/9/2021) (lad). (Entered: 07/09/2021) |
| 07/09/2021 | Ï 66 | Pro Hac Vice Letter for Steven F. Molo, Ben Quarmby, Leonid Grinberg, Rayiner I. Hashem, Sarah J. Newman and Benjamin T. Sirolly. (ir) (Entered: 07/09/2021) |
| 07/09/2021 | Ï 67 | Pro Hac Vice Letter for Steven Rizzi and Ramy Hanna. (ir) (Entered: 07/09/2021) |
| 07/23/2021 | Ï 68 | BRIEF regarding 57 Brief,,, by Facebook Inc.. (Attachments: # 1 Affidavit Chris Schmandt, # 2 Affidavit Adam Brausa, # 3 Exhibit 24, # 4 Exhibit 25, # 5 Exhibit 26, # 6 Exhibit 27, # 7 Exhibit 28, # 8 Exhibit 29, # 9 Exhibit 30, # 10 Affidavit Phillip E. Morton, # 11 Exhibit V, # 12 Exhibit W, # 13 Exhibit X, # 14 Errata Y)(Keefe, Heidi) (Entered: 07/23/2021) |
| 07/26/2021 | Ï 69 | NOTICE *Joint Claim Construction Statement* by Express Mobile, Inc. (Kramer, Robert) (Entered: 07/26/2021) |
| 07/28/2021 | Ï | Text Order GRANTING 23 Motion to Stay entered by Judge Alan D Albright. Came on for consideration is Defendant's Motion to Stay. The Court GRANTS the Motion. This case is HEREBY STAYED pending the Court's Order on Defendant's Motion to Transfer (ECF No. 25). (This is a text−only entry generated by the court. There is no document associated with this entry.) (hs) (Entered: 07/28/2021) |
| 07/28/2021 | Ï | Case Stayed (lad) (Entered: 07/28/2021) |
| 08/25/2021 | Ï 70 | Sealed Order granting 25 Facebook, Inc.s Motion to Transfer Venue to the Northern District of California. Signed by Judge Alan D Albright. (lad) (Entered: 08/26/2021) |