United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXPRESS MOBILE, INC.,

    Plaintiff,

v.

FACEBOOK INC.,

    Defendant.

Case No. 21-cv-06657-RS

**REQUEST FOR STATUS INFORMATION**

As promptly as practical, the parties shall file a joint statement setting out their positions as to whether this matter should be included in the pending claim construction proceedings in the other *Express Mobile* cases, or whether a separate case management conference should be scheduled herein.

**IT IS SO ORDERED**.

Dated: October 7, 2021

_____
RICHARD SEEBORG
Chief United States District Judge