United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EXPRESS MOBILE, INC.,
    Plaintiff,

v.

FACEBOOK INC.,
    Defendant.

Case No. 21-cv-06657-RS

**ORDER RE STATUS**

    This is one of two cases transferred to this district after orders issued regarding the coordination of claims construction proceedings and other procedural matters in numerous other cases brought by plaintiff Express Mobile, Inc. that allege infringement of the so-called "RCB" patents and/or the "Rempel" patents. In this particular case, Express Mobile alleges Facebook infringes the two Rempel patents and all three RCB patents.

    Facebook proposes continuing the upcoming claim construction of the RCB patents in the other Express Mobile cases, presently set for December 8, 2021, so that it can fully participate therein. The parties dispute the degree to which the preparation for claims construction in this action prior to transfer was substantially similar to what has taken place in the other cases here. Neither side, however, proposes that this case simply be included in the joint proceeding on December 8th.

    Facebook's suggestion that the remaining briefing schedule and the hearing instead be postponed for a few months is not viable. Although Express Mobile may bear responsibility for

the piecemeal fashion in which these cases have arrived in this court, the schedule cannot be continually delayed merely because new cases are added. Accordingly, claims construction in the other cases shall go forward as scheduled on December 8, 2021. A Case Management Conference in this action shall be held on December 16, 2021.

**IT IS SO ORDERED**.

Dated: October 28, 2021

_____
RICHARD SEEBORG
Chief United States District Judge