COOLEY LLP
HEIDI L. KEEFE (178960) (hkeefe@cooley.com)
ELIZABETH L. STAMESHKIN (260865) (lstameshkin@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone: +1 650 843 5000
Facsimile: +1 650 849 7400

COOLEY LLP
PHILLIP E. MORTON
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Email: pmorton@cooley.com

Attorneys for Defendant
FACEBOOK, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC., <br><br> Defendant. | Case No. 4:21-cv-06657-RS <br><br> **DEFENDANT'S ADMINISTRATIVE MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE UNDER LOCAL RULES 7-11 and 16-2(D)** <br><br> **CASE MANAGEMENT HEARING** <br> Date: December 16, 2021 <br> Time: 10:00 am |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

MOTION TO CONTINUE CASE MANAGEMENT
CONFERENCE HEARING
CASE NO. 4:21-CV-06657-RS

**To the Honorable Richard Seeborg, United States District Judge:**

Pursuant to Civil Local Rules 6-1, 6-3, and 7-11, Plaintiff Facebook, Inc. ("Facebook") hereby moves the Court for an Order continuing the Initial Case Management Conference ("CMC") currently scheduled for December 16, 2021 on the ground that Facebook's Lead Trial Counsel and additional counsel of record will be at a trial in the Western District of Texas commencing on December 13, 2021. Facebook and Plaintiff Express Mobile, Inc. ("Express Mobile") have been conferring and Express Mobile does not oppose moving the Case Management Conference hearing.

**REQUEST TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE**

Facebook submits that a continuance of the CMC is both appropriate and necessary. Accordingly, Facebook requests that the Court continue the CMC for 35 days. Good cause exists to grant this Administrative Motion for the following reasons:

- Lead Trial Counsel for Facebook and additional counsel of record will be at a trial in the Western District of Texas with trial commencing on December 13, 2021, and
- There have been no previous time modifications in this case, and the time modification requested by this Administrative Motion will have no effect on the schedule for this case.

Accordingly, Facebook respectfully moves to continue the CMC to January 20, 2022

For the foregoing reasons, Facebook respectfully requests that this Court continue the CMC from December 16, 2021 to January 20, 2022 at 10:00 a.m., or any time thereafter that is convenient for the Court.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

MOTION TO CONTINUE CASE MANAGEMENT
CONFERENCE HEARING
CASE NO. 4:21-CV-06657-RS

| | |
|---|---|
| Dated: November 10, 2021 | COOLEY LLP |
| | By: */s/ Heidi L. Keefe*<br>Heidi L. Keefe |
| | COOLEY LLP<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>ELIZABETH L. STAMESHKIN (260865)<br>(lstameshkin@cooley.com)<br>3175 Hanover Street<br>Palo Alto, California  94304-1130 |
| | COOLEY LLP<br>PHILLIP E. MORTON<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>Email: pmorton@cooley.com |
| | Attorneys for Defendant<br>FACEBOOK, INC. |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

MOTION TO CONTINUE CASE MANAGEMENT
CONFERENCE HEARING
CASE NO. 4:21-CV-06657-RS