| | |
|---|---|
| Robert F. Kramer (SBN 181706) | Heidi L. Keefe (SBN 178960) |
| rkramer@feinday.com | hkeefe@cooley.com |
| M. Elizabeth Day (SBN 177125) | Elizabeth L. Stameshkin (SBN 260865) |
| eday@feinday.com | lstameshkin@cooley.com |
| David Alberti (SBN 220625) | **COOLEY LLP** |
| dalberti@feinday.com | 3175 Hanover Street |
| Sal Lim (SBN 211836) | Palo Alto, CA 94304-1130 |
| slim@feinday.com | (650) 843-5000 |
| Russell Tonkovich (SBN 233280) | Fax: (650) 849-7400 |
| rtonkovich@feinday.com | |
| Marc Belloli (SBN 244290) | *Attorneys for Defendant* |
| mbelloli@feinday.com | Facebook, Inc. |
| Sven Raz (SBN 2222262) | |
| sraz@feinday.com | |
| Ryan Dooley (SBN 321645) | |
| rdooley@feinday.com | |

**FEINBERG DAY KRAMER ALBERTI
LIM TONKOVICH & BELLOLI LLP**
577 Airport Boulevard, Suite 250
Burlingame, California 94010
Telephone: (650) 825-4300
Facsimile:  (650) 460-8443

*Attorneys for Plaintiff*
Express Mobile, Inc.

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC., | Case No. 3:21-cv-06657-RS |
| *Plaintiff,* | **ORDER GRANTING STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE TO FEBRUARY 10, 2022** |
| v. | |
| FACEBOOK, INC., | |
| *Defendant.* | |

| | |
|---|---|
| 1 | Good cause appearing, the stipulation to reschedule the Case Management Conference currently scheduled for January 20, 2022 at 10:00 a.m. is GRANTED. |
| 3 | The Case Management Conference is rescheduled to February 10, 2022 at 10:00 a.m. |
| 4 | All deadlines currently set in this case are vacated and will be reset when the Court issues a schedule in this case at the February 10, 2022 Case Management Conference. |
| 6 | PURSUANT TO THE STIPULATION, |
| 7 | IT IS SO ORDERED. |

Date: December 27, 2021

_____
Hon. Richard Seeborg