| | |
|---|---|
| Robert F. Kramer (SBN 181706)<br>rkramer@kramerday.com<br>M. Elizabeth Day (SBN 177125)<br>eday@kramerday.com<br>David Alberti (SBN 220625)<br>dalberti@kramerday.com<br>Sal Lim (SBN 211836)<br>slim@kramerday.com<br>Russell Tonkovich (SBN 233280)<br>rtonkovich@kramerday.com<br>Marc Belloli (SBN 244290)<br>mbelloli@kramerday.com<br>Sven Raz (SBN 222262)<br>sraz@kramerday.com<br>Ryan Dooley (SBN 321645)<br>rdooley@kramerday.com<br>**KRAMER DAY ALBERTI**<br>**LIM TONKOVICH & BELLOLI LLP**<br>577 Airport Boulevard, Suite 250<br>Burlingame, California 94010<br>Telephone: (650) 825-4300<br>Facsimile:  (650) 460-8443<br><br>*Attorneys for Plaintiff*<br>Express Mobile, Inc. | **COOLEY LLP**<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>ELIZABETH L.<br>STAMESHKIN (260865)<br>(lstameshkin@cooley.com)<br>3175 Hanover Street<br>Palo Alto, California  94304<br>Telephone:     (650) 843 5000<br>Facsimile:      (650) 849 7400<br><br>**COOLEY LLP**<br>PHILLIP E. MORTON<br>1299 Pennsylvania Avenue,<br>NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Email: pmorton@cooley.com<br><br>*Attorneys for Defendant*<br>Meta Platforms, Inc. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| EXPRESS MOBILE, INC.,<br><br>    *Plaintiff,*<br><br>   v.<br><br>META PLATFORMS, INC.,<br><br>    *Defendant.* | Case No. 4:21-cv-06657-RS<br><br>**JOINT STIPULATION AND ORDER TO POSTPONE CASE MANAGEMENT CONFERENCE AND CORRESPONDING DEADLINES** |

Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant Meta Platforms, Inc. ("Meta") (collectively the "parties") file this Joint Stipulation and respectfully request that the Court modify the case schedule to postpone the scheduled April 7, 2022 Case Management Conference until two weeks after the Court's decision regarding the unopposed motion to stay this case that Meta filed on March 29, 2022 (ECF No. 100) based on IPRs having been instituted on all of the asserted patents, subject to the Court's calendar. The parties likewise request that the Court postpone any corresponding deadlines, including the due date for the Case Management Statement.

A Case Management Conference is currently scheduled for April 7, 2022, with a Case Management Statement due on March 31, 2022. Meta has filed an unopposed motion to stay and Express Mobile has filed a statement of non-opposition. (ECF Nos. 100, 101.) The parties believe that it would be most efficient if the Court postpones the April 7, 2022 Case Management Conference in the meantime.

Due to the foregoing, and to avoid unnecessary expenditure of the Court's time and judicial resources, the parties agree that good cause exists to postpone the upcoming Case Management Conference until two weeks after the resolution of the pending motion to stay, and to postpone any corresponding deadlines accordingly. Thus, the parties request that the Court postpone the Case Management Conference and all related deadlines to correspond with the rescheduled Conference.

A stipulation with the same or similar terms has been filed or is being filed in each case in which a Case Management Conference is currently scheduled on April 7, 2022:[1]

- *Express Mobile, Inc. v. Meta Platforms, Inc.* No. 3:21-cv-06657-RS
- *Express Mobile, Inc. v. Atlassian Corp.* No. 3:21-cv-08942
- *Express Mobile, Inc. v. Google LLC* No. 3:21-cv-08944
- *Express Mobile, Inc. v. eBay Inc.* 3:21-cv-06656

---

[1] The parties in the *Atlassian* and *Google* cases have also agreed to provisions regarding briefing on a potentially opposed motion to stay.

1

JOINT STIPULATION AND ORDER   Case No. 4:21-CV-06657-RS

| | |
|---|---|
| Dated: March 31, 2022 | Respectfully submitted, |
| /s/ *Robert F. Kramer* | /s/ *Phillip E. Morton* |
| Robert F. Kramer (SBN 181706)<br>rkramer@kramerday.com<br>M. Elizabeth Day (SBN 177125)<br>eday@kramerday.com<br>David Alberti (SBN 220625)<br>dalberti@kramerday.com<br>Sal Lim (SBN 211836)<br>slim@kramerday.com<br>Russell Tonkovich (SBN 233280)<br>rtonkovich@kramerday.com<br>Marc Belloli (SBN 244290)<br>mbelloli@kramerday.com<br>Sven Raz (SBN 222262)<br>sraz@kramerday.com<br>Ryan Dooley (SBN 321645)<br>rdooley@kramerday.com<br>**KRAMER DAY ALBERTI**<br>**LIM TONKOVICH & BELLOLI LLP**<br>577 Airport Boulevard, Suite 250<br>Burlingame, California 94010<br>Telephone: (650) 825-4300<br>Facsimile: (650) 460-8443<br><br>*Attorneys for Plaintiff*<br>Express Mobile, Inc. | **COOLEY LLP**<br>HEIDI L. KEEFE (178960)<br>(hkeefe@cooley.com)<br>ELIZABETH L. STAMESHKIN (260865)<br>(lstameshkin@cooley.com)<br>3175 Hanover Street<br>Palo Alto, California 94304<br>Telephone:   (650) 843 5000<br>Facsimile:   ( 650) 849 7400<br><br>**COOLEY LLP**<br>PHILLIP E. MORTON<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Email: pmorton@cooley.com<br><br>*Attorneys for Defendant*<br>Meta Platforms, Inc. |

## **ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED AS FOLLOWS:**

GOOD CAUSE APPEARING, the Case Management Conference, currently scheduled for April 7, 2022 at 10:00 a.m. is postponed, and may be reset after resolution of Defendant Meta's unopposed motion to stay this case.

Dated:  March 31, 2022

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**ATTESTATION**

Pursuant to Civil L.R. 5-1(i) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

           /s/ *Heidi L. Keefe*
           Heidi L. Keefe